UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In Re:   Michael Anthony Fair, Sr.                    Case No. 16-20926
                                                      Chapter 13

LINE OF APPEARANCE

Please enter the appearance of Joshua Welborn, Esq. and McCabe, Weisberg & Conway, LLC, as counsel for the secured creditor, US Bank Trust National Association, as Trustee of the SCIG Series III Trust, and add our name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

/s/ Joshua Welborn, Esq.
Joshua Welborn, Esq.
Attorney for Movant
Bar No. 29359
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of August, 2018 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, Maryland  21046
cmecf@chapter13maryland.com


 Ann M Gaegler
10510 Edgemont Drive
Adelphi, Maryland  20783
anngaegler@gmail.com


I hereby further certify that on the 23rd day of August, 2018, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Michael Anthony Fair, Sr.
2437 South Anvil Lane
Temple Hills, Maryland  20748
(Via U.S Mail)

/s/ Joshua Welborn, Esq.
Joshua Welborn, Esq.